**Order entered October 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00582-CV

## IN THE INTEREST OF S.W., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15911**

## ORDER

We **REINSTATE** this appeal.

In compliance with this Court order dated September 29, 2020, the trial court conducted a hearing to determine whether a hearing was held on October 14, 2019 (the missing hearing) and, if so, the identity of the court reporter who recorded the hearing. We ordered a supplemental clerk's record with the trial court's written findings and a supplemental reporter's record to be filed no later than October 29, 2020.

Before the Court is appellant's October 20, 2020 unopposed motion to extend the deadline for the trial court to file its written findings. Appellant

explains that, at the hearing, four court reporters were identified as having possibly recorded the missing hearing. Counsel for appellant is in the process of following up with the newly identified court reporters. The trial court will continue the hearing on October 30, 2020. We **GRANT** the motion as follows. The trial court's written findings shall be filed no later than **November 10, 2020**. A supplemental reporter's record of the hearing conducted on October 19th and the hearing to be conducted on October 30th shall be filed no later than **November 10, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Carmen Rivera-Worley, Visiting Judge who presided over the trial; Dallas County District Clerk Felicia Pitre; Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court; and, all parties.

We **ABATE** this appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than November 13, 2020.

/s/    BILL WHITEHILL
JUSTICE